**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-30086-DWD |
| ) | |
| ALLEN Y. HOLLOWAY, JR., ) | Title 18 |
| ) | United States Code, |
| Defendant. ) | Section(s) 922(g); 924(d) |

**FILED JUN 2 2 2021**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
(Felon in Possession of a Firearm)

On or about November 9, 2020, in St. Clair County, within the Southern District of Illinois,

**ALLEN Y. HOLLOWAY, JR.**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, Possession of a Controlled Substance, in St. Clair County Circuit Court in case number 14CF1148-01, did knowingly possess a firearm, that is; a Smith and Wesson, .38 Caliber, model 33-1, SN R30608 and one Davis Industries, 9mm, Model D9, SN D083426, and the firearm was in and affecting commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

1. The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offense in violation of Title 18, United States Code, Section 922(g)(1), the defendant,

### ALLEN Y. HOLLOWAY, JR.

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense, including, but not limited to:

a Smith and Wesson, .38 Caliber, model 33-1, SN R30608 and one Davis Industries, 9mm, Model D9, SN D083426, SCCY, Model CPX-2, 9mm pistol bearing serial number 795458 and all ammunition contained therein,

all pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL**

_____
JENNIFER HUDSON
Assistant United States Attorney

_____
Digitally signed by STEVEN WEINHOEFT
Date: 2021.06.20 22:01:15 -05'00'
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $5000 recognizance bond